# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127868(18)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 127868
                                     COA: 256405
                                     Kent CC: 00-009844-FC

JOSEPH AMBROSE,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's order of November 29, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006                                 _____

d0221                                             Clerk